**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Phoenix Licensing, L.L.C., an Arizona limited liability company, and LPL Licensing, L.L.C., a Delaware limited liability company;<br><br>         Plaintiffs,<br><br>vs.<br><br>Aetna Inc., a Pennsylvania corporation; Aetna Life Insurance Company,  a Connecticut corporation; Commerce Bancshares, Inc., a Delaware corporation; Commerce Bank, N.A., a national banking association; Cullen/Frost Bankers Inc., a Texas corporation; Frost National Bank, a national banking association; HSBC Finance Corporation, a Delaware corporation; HSBC Bank USA, N.A., a national banking association; HSBC Bank Nevada, N.A.,  a national banking association; HSBC Card Services, Inc.,  a Delaware corporation; HSBC Technology & Services, Inc.; a Delaware corporation; HSBC Credit Center, Inc., a Delaware corporation; Liberty Mutual Insurance Company, a Massachusetts corporation; MetLife, Inc.,  a Delaware corporation; Metropolitan Life Insurance Company, a New York corporation; MetLife Bank N.A.,  a national banking association; Metropolitan Property and Casualty Insurance Company,  a Rhode Island corporation; Mutual of Omaha Insurance Company, a Nebraska corporation; United of Omaha Life Insurance Company, a Nebraska corporation; United World Life Insurance Company, a Nebraska corporation; Sovereign Bank, a federally chartered savings bank, UnitedHealth Group, Inc., a Minnesota corporation; United HealthCare Insurance Company, a Connecticut corporation; Golden Rule Insurance Company, an Illinois corporation; United Healthcare Services, Inc.,  a Minnesota corporation; a PacifiCare Health Systems LLC, a Delaware corporation;<br><br>         Defendants. | CASE No. **2:11-cv-285-DF**<br><br>**Jury Trial Demanded**<br><br>**LIMITED DISCOVERY ORDER** |

## **LIMITED DISCOVERY ORDER**

Plaintiffs Phoenix Licensing L.L.C. and LPL Licensing L.L.C. (collectively, "LPL") and Defendants Mutual of Omaha Insurance Company, United of Omaha Life Insurance Company, and United World Life Insurance Company (collectively, "Mutual") have moved the Court to permit Mutual to propound a Rule 34 request for production on LPL, in which Mutual may ask LPL to produce to Mutual copies of LPL's past license and/ or settlement agreements. The Court is of the opinion that the Motion should be GRANTED.

Accordingly, IT IS ORDERED THAT:

Mutual may propound a Rule 34 request for production on LPL, in which Mutual may ask LPL to produce to Mutual copies of LPL's past license and/ or settlement agreements. Further discovery in the case will occur in the normal course in accordance with the Court's normal schedule and procedures.