IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, LLC, ET AL. | § | |
| | § | |
| V. | § | NO. 2:11CV285 |
| | § | |
| AETNA, INC., ET AL. | § | |

### ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 3rd day of January, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE