IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,**  **Plaintiffs,**  v.  **AETNA INC,** *et al.*  **Defendants.** | CASE NO.:  2:11-cv-00285-JRG |

### AGREED MOTION FOR EXTENSION
### OF THE DEADLINE TO FILE THE NOTICE OF MEDIATOR

Defendants UnitedHealth Group Inc.; UnitedHealthcare Insurance Company; Golden Rule Insurance Company; United Healthcare Services Inc.; and PacifiCare Health Systems LLC (collectively "UnitedHealth"), though their undersigned attorneys, respectfully move the Court for an Order extending the deadline for the parties to file their Notice Of Mediator by 14 (fourteen) days.  In support of this agreed motion, UnitedHealth states as follows:

1.  The Court held a Status Conference in this matter on April 20, 2012, during which it ordered the parties to submit their proposed Docket Control and Discovery Orders by May 4, 2012.  (Dkt. 138).

2.  The Court's model Docket Control Order requires the parties to jointly file a Notice of Mediator identifying the agreed upon mediator or noting that no agreement was reached.  The current deadline for the filing of that Notice is May 4, 2012.

3.  The parties have held several meet and confers regarding the Docket Control, Discovery

and Protective Orders and anticipate presenting to the Court by the May 4 deadline fully agreed upon versions of all three documents with no outstanding issues for the Court to resolve.

4. The parties have also conferred regarding mediators and have exchanged names of some possible mediator choices. The parties respectfully request, however, additional time to assess the respective submissions and to determine the respective mediators' suggested approach for handling the multi-defendant aspects of the case and to assess fees and costs. Therefore, the parties respectfully request that the deadline for the joint filing of the Notice of Mediator be extended by 14 (fourteen) days to May 18, 2012.

5. The undersigned certifies that he has conferred, as required by the Local Rules and the Federal Rules of Civil Procedure, with the counsel for all plaintiffs and defendants in this matter and that all plaintiffs and defendants agree with the relief sought in this Motion.

WHEREFORE, UnitedHealth respectfully requests that the Court extend the deadline for the parties to jointly file their Notice of Mediator to May 18, 2012.

Date: May 2, 2012 Respectfully Submitted,

/s/Clayton C. James .
Clayton C. James
Srecko Vidmar
HOGAN LOVELLS LLP
One Tabor Center, Suite 1500
1200 Seventeenth Street
Denver, CO 80202
(303) 899-7300 (phone)
(303) 899-7333 (fax)
clay.james@hoganlovells.com
lucky.vidmar@hoganlovells.com

William Joseph Cornelius , Jr
WILSON ROBERTSON & CORNELIUS PC
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
(903) 509-5000
(903)509-5091
wc@wilsonlawfirm.com

Attorneys for Defendants UnitedHealth Group Inc.; UnitedHealthcare Insurance Company; Golden Rule Insurance Company; United Healthcare Services Inc.; and PacifiCare Health Systems LLC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2012, I filed the foregoing document using the Court's CM/ECF system per Local Rule CV-5(a)(3), which will serve all counsel of record who are deemed to have consented to electronic service. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Lucky Vidmar
Lucky Vidmar