# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **PHOENIX LICENSING, LLC, ET AL.,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **V.** | § | **CAUSE NO. 2:11-CV-285-JRG** |
| | § | |
| **AETNA, INC., ET AL.,** | § | |
| *Defendants.* | § | |
| | § | |

## ORDER

A status conference was held in this case on April 20, 2012, during which the Court ordered the parties to submit various proposed orders, including a proposed discovery order. The Court has now reviewed the parties' proposed discovery order and finds that it lacks certain mandatory provisions. Accordingly, the parties are **ORDERED** to obtain an updated model discovery order from the undersigned's chambers website, meet-and-confer, and submit a revised proposed discovery order within 7 days.

**So ORDERED and SIGNED this 16th day of May, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE