**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**AETNA INC,** *et al.*<br><br>**Defendants.** | CASE NO.: 2:11-cv-00285-JRG |

## NOTICE OF AGREED MEDIATOR

Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. hereby submit this Notice of Agreed Mediator.

Pursuant to the Court's May 10, 2012 Order (Dkt. 151), the parties have conferred and come to agreement on James W. Knowles, One American Center, 909 ESE Loop 323, Suite 410 Tyler, Texas 75701, Telephone 903-534-3800, Facsimile 903-534-3806.

Date: May 18, 2012

Respectfully Submitted,

/s/Elizabeth L. DeRieux            .
Gregory Scott Dovel
CA State Bar No. 135387
E-mail: greg@dovellaw.com
Sean A. Luner
CA State Bar No. 165443
E-mail: sean@dovellaw.com
Richard E. Lyon
CA State Bar No. 229288
Email: rick@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600

Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com
E-mail: ederieux@mailbmc.com

ATTORNEYS FOR PLAINTIFFS
PHOENIX LICENSING, L.L.C. and
LPL LICENSING, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of May, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux