# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, LLC and LPL LICENSING, LLC, § § | | |
| Plaintiffs, § | **CASE NO. 2:11-cv-00285-JRG** | |
| § | | |
| vs. § | **JURY TRIAL DEMANDED** | |
| § | | |
| AETNA INC., *et al.*, § | | |
| Defendants. § | | |

## DEFENDANTS AETNA INC. AND AETNA LIFE INSURANCE COMPANY'S NOTICE OF SERVING INITIAL DISCLOSURES

Defendants Aetna Inc. and Aetna Life Insurance Company (jointly, "Aetna") certify that on July 18, 2012, a true and correct copy of their Initial Disclosures, pursuant to Rule 26 of the FEDERAL RULES OF CIVIL PROCEDURE and paragraph 1 of the Court's Discovery Order, were served on all counsel of record via electronic mail.

Dated: July 18, 2012

Respectfully submitted,

   /s/ *Tonya M. Gray*
TONYA M. GRAY, LEAD COUNSEL
State Bar No. 24012726
tonyagray@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone: 214-659-4400
Telecopier: 214-659-4401

JOHN B. SHELY
State Bar No. 18215300
johnshely@andrewskurth.com
J. SCOTT CAROTHERS
State Bar No. 03834100
scottcarothers@andrewskurth.com
ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
Telephone: 713-220-4200
Telecopier: 713-220-4285

STEVEN P. PETERSEN
Illinois Bar No. 6196793
spetersen@leydig.com
AARON R. FEIGELSON
Illinois Bar No. 6279091
afeigelson@leydig.com
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601
Telephone: 312-616-5600
Telecopier: 312-616-5700

MATTHEW B. LEHR
California Bar No. 213139
matthew.lehr@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: 650-752-2010
Telecopier: 650-752-3610

**ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFFS AETNA INC. AND AETNA LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

     This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on this 18th day of July, 2012.

                                           */s/ Tonya M. Gray*
                                            Tonya M. Gray