IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,** | ) ) ) |
| **Plaintiffs,** | ) ) ) ) |
| v. | ) ) ) |
| **AETNA INC,** *et al.* | ) ) ) |
| **Defendants.** | ) ) |

CASE NO.: 2:11-cv-00285-JRG

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO LIBERTY MUTUAL

Before the Court is the Stipulation of Dismissal With Prejudice as to the Liberty Mutual Insurance Company. After considering the Stipulation and finding that good cause exists for its entry, it is hereby

ORDERED that all claims and causes of action asserted between Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. and Defendant Liberty Mutual Insurance Company in the above-referenced action are hereby DISMISSED with prejudice to re-filing same.

It is further ORDERED that each party shall bear its own costs and fees, including attorneys' fees.

**So ORDERED and SIGNED this 30th day of July, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE