IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHOENIX LICENSING, LLC, | § | |
|                            Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:11cv285 |
| | § | |
| AETNA INC., et al | § | |
|                            Defendants | § | |

## **NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that attorney Lance Lee hereby enters his appearance as co-counsel on behalf of Defendants, Commerce Bancshares, Inc. and Commerce Bank, N.A., in the above-referenced proceeding. Counsel hereby requests notices and copies of all communications and other documents filed in the above-referenced proceeding. Copies should be emailed, mailed or faxed to Lance Lee, co-counsel for Defendants at the address set forth below.

DATED this 20th day of August, 2012.

Respectfully submitted,

By:    /s/ *Lance Lee*
           Lance Lee
           Texas Bar No. 24004762
           Attorney-at-Law
           5511 Plaza Drive
           Texarkana, Texas 75503
           Telephone:  (903) 223-0276
           Fax:  (903) 233-0210
           wlancelee@aol.com

           **ATTORNEY FOR DEFENDANTS**
           **COMMERCE BANCSHARES, INC.**
           **AND COMMERCE BANK, N.A.**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 20th day of August, 2012.

                */s/ Lance Lee*
                Lance Lee