IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C., <br><br> Plaintiffs <br><br> vs. <br><br> AETNA INC., et al, <br><br> Defendants. | CASE NO. 2:11-cv-00285-JRG |

### DEFENDANTS MUTUAL OF OMAHA INSURANCE COMPANY, UNITED OF OMAHA LIFE INSURANCE COMPANY AND UNITED WORLD LIFE INSURANCE COMPANY'S NOTICE OF COMPLIANCE WITH P.R. 3-4(a)

Defendants Mutual of Omaha Insurance Company, United of Omaha Life Insurance Company and United World Life Insurance Company (collectively "Mutual") hereby certify that on August 29, 2012, Mutual complied with local Patent Rule 3-4(a), as well as the Court's Docket Control Order dated May 16, 2012 (Dkt No. 152), by producing or making available for inspection relevant materials referenced therein.

4828-7671-4000.1

Dated: August 29, 2012                          Respectfully submitted,

                                             s/ Todd C. Kinney
                                             Gregory P. Love
                                             Stevens Love
                                             P.O. Box 3427
                                             Longview, TX  75606

                                             John P. Passarelli (admitted pro hac vice)
                                             Jason S. Jackson
                                             Todd C. Kinney (admitted pro hac vice)
                                             Kutak Rock LLP
                                             The Omaha Building
                                             1650 Farnam Street
                                             Omaha, NE  68102-2186

                                             ATTORNEYS FOR DEFENDANTS
                                             Mutual of Omaha Insurance Company, United
                                             of Omaha Life Insurance Company and United
                                             World Life Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served electronically on all counsel on this 29th day of August, 2012.

                                             s/ Todd C. Kinney