**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,** § § § § § § § § § § | | |
| Plaintiff, | § | **CASE NO. 2:11-CV-00285-JRG** |
| vs. | | |
| **AETNA INC., ET AL.** | | |
| Defendants. | | **JURY TRIAL DEMANDED** |

### METLIFE DEFENDANTS' NOTICE OF SERVICE OF P. R. 3-4(a) DISCLOSURES

Defendants Metropolitan Life Insurance Company, MetLife Bank, N.A., and Metropolitan Property and Casualty Insurance Company (collectively "MetLife Defendants"), by and through their undersigned counsel, hereby provide notice that on August 29, 2012, the MetLife Defendants served their P. R. 3-4(a) disclosures upon Counsel for Plaintiffs.

Dated: August 29, 2012                    Respectfully submitted,


By: */s/ Fred I. Williams*
    Fred I. Williams (*Lead Attorney*)
    State Bar No. 00794855
    fwilliams@akingump.com
    AKIN GUMP STRAUSS HAUER & FELD LLP
    300 West 6th Street, Suite 1900
    Austin, Texas  78701
    Telephone: 512.499.6200
    Facsimile:  512.499.6290


    Todd E. Landis
    State Bar No. 24030226
    tlandis@akingump.com
    Eric J. Klein

        State Bar No. 24041258
        eklein@akingump.com
        Kellie M. Johnson
        State Bar No. 24070003
        kmjohnson@akingump.com
        AKIN GUMP STRAUSS HAUER & FELD LLP
        1700 Pacific Avenue, Suite 4100
        Dallas, Texas 75201
        214.969.2800 Direct
        214.969.4343 Fax

        **ATTORNEYS FOR DEFENDANTS**
        **METROPOLITAN LIFE INSURANCE**
        **COMPANY, METLIFE BANK, N.A. AND**
        **METROPOLITAN PROPERTY AND CASUALTY**
        **INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 29th day of August, 2012. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ /Fred I. Williams*
Fred I. Williams