IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Phoenix Licensing, L.L.C., and LPL Licensing, L.L.C.; <br><br> Plaintiffs, <br> vs. <br><br> Aetna Inc., et al. <br><br> Defendants. | CASE NO. 2:11-cv-285-JRG-RSP <br><br> **Jury Trial Demanded** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO SEVER AND TRANSFER**

Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. (collectively "Plaintiffs") file this Unopposed Motion for Extension of Time to File Response to Motion to Sever and Transfer and would respectfully show the Court as follows:

The current deadline for Plaintiffs to file a Response to Defendants Commerce Bancshares, Inc. and Commerce Bank's Motion to Sever and Transfer Venue (Dkt. 191) is October 18, 2012. Plaintiffs request an extension from October 18, 2012 to November 1, 2012 to file a Response. The parties' request for extension is based on good cause. The extension will (a) provide Plaintiffs with additional time to perform an independent investigation concerning the facts underlying the motion and (b) thereby obviate the need for formal discovery concerning these facts. Avoiding formal discovery in this way will reduce expense and streamline preparation on an opposition based on a complete factual record. The Moving Defendants are unopposed to the relief requested in this motion.

Dated: October 15, 2012

Respectfully Submitted,

/s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: capshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

Richard E. Lyon
CA State Bar No. 229288
Email: rick@dovellaw.com
Gregory Scott Dovel
CA State Bar No. 135387
Email: greg@dovellaw.com
Sean A. Luner
CA State Bar No. 165443
sean@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

**ATTORNEYS FOR PLAINTIFFS
PHOENIX LICENSING, L.L.C.
and
LPL LICENSING, L.L.C.**

1

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that Sean Luner, counsel for Plaintiffs conferred with Marc Vander Tuig, counsel for moving defendants, and the relief requested in this motion is unopposed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 15, 2012.

/s/ Elizabeth L. DeRieux